Submitted April 16; convictions on Counts 1 and 2 reversed and remanded, remanded for resentencing, otherwise affirmed May 5; petition for review denied August 26, 2021 (368 Or 514)

# STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

# JUAN GABRIEL SOSA,
*Defendant-Appellant.*

Washington County Circuit Court
18CR77083; A171226

486 P3d 68

Beth L. Roberts, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Erik Blumenthal, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Christopher A. Perdue, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Convictions on Counts 1 and 2 reversed and remanded; remanded for resentencing; otherwise affirmed.

## PER CURIAM

Defendant was convicted by nonunanimous jury verdict of luring a minor, ORS 167.057 (Count 1), and attempted second-degree sexual abuse, ORS 163.425 (Count 2). He was convicted by unanimous jury verdict of unlawful possession of a firearm, ORS 166.250 (Count 3). He argues on appeal that the trial court erred in instructing the jury that it could reach nonunanimous verdicts in light of *Ramos v. Louisiana*, 590 US ___, 140 S Ct 1390, 206 L Ed 2d 583 (2020), which held that nonunanimous jury verdicts violate the Sixth Amendment. The state concedes that the nonunanimous verdicts must be reversed. We agree and accept that concession.

Defendant's challenge to the jury's unanimous verdict on the unlawful possession of a firearm count is foreclosed by *State v. Flores Ramos*, 367 Or 292, 319, 478 P3d 515 (2020), in which the court concluded that nonunanimous jury instruction was not a structural error that categorically requires reversal in every case. When, as here, the jury's verdict was unanimous despite the nonunanimous instruction, such erroneous instruction was "harmless beyond a reasonable doubt" with respect to the unanimous verdict. *Id.* at 329.

Convictions on Counts 1 and 2 reversed and remanded; remanded for resentencing; otherwise affirmed.